UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:                                                                  Chapter 11

GO BOLLYWOOD TAMPA BAY
FLORIDA CONVENTION, LLC.,                         Case No.: 8:14-bk-11155-CPM

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW** GO BOLLYWOOD TAMPA BAY FLORIDA CONVENTION, LLC. (the "Debtor"), by and through its undersigned attorney, and files this its *Chapter 11 Case Management Summary*, pursuant to Local Rule 2081-1(b), as follows:

1. **Order for Relief**:

    On September 23, 2014, (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating its business and managing its affairs as a Debtor-In-Possession.

2. **Related Case(s)**:

    | Name(s) | Case Number(s) | Date of Filing |
    | --- | --- | --- |
    | Atheneon CDK Corporation | 8:12-bk-19022-CPM | 12/20/12 |
    | Chetan R. Shah | 8:14-bk-09207-CPM | 08/07/14 |
    | Hillsdale Financial Synergy, LLC | 8:12-bk-03341-CPM | 03/08/12 |
    | Horizon Construction Management Services, LLC. | 8:11-bk-15340-CPM | 08/15/11 |
    | Tampa Bay Drycleaner, Inc. | 8:12-bk-02288-CPM | 02/21/12 |

3. **Description of Debtor's business**:

    The Debtor was incorporated on June 10, 2013. The Debtor is engaged the promotion of art, music, film, sports, charitable causes, and philanthropic activities

worldwide and in the Tampa Bay area. It raises money for these causes by holding events.

4. **Locations of Debtor's operations and whether leased or owned:**

   As of the Petition Date, the Debtor's managing member, Chetan Shah, manages the business from 110 West Tarpon Avenue, Tarpon Springs, FL 34689.

5. **Reasons for filing Chapter 11:**

   The Debtor has been adversely harmed from breach of contracts by other parites.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

| Name | Title | Interest | Compensation |
|---|---|---|---|
| Chetan R. Shah | Managing Member | 50% | None |
| Florida Premier Cricket League, LLC | Member | 50% | None |

7. **Debtor's annual gross revenues:**

| | |
|---|---|
| 2014 (Estimated YTD - Gross receipts or sales) | 0.00 |
| 2013 (Gross receipts or sales) | 800,000.00 |

8. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

   | Identity | amounts owed |
   |---|---|
   | Department of Revenue | 0.00 |
   | Internal Revenue Service | 0.00 |
   | **TOTAL** | **0.00** |

   b. Identity, collateral, and amounts owed to *secured* creditors:

   | Identity | Collateral | amounts owed |
   |---|---|---|
   | None | | |

|  | TOTAL | 0.00 |
|---|---|---|

c. Amount of *unsecured* claims:

| Identity | amounts owed |
|---|---|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | 7,068,500.00 |
| TOTAL | 7,068,500.00 |

9. **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value |
|---|---|
| Claims/counterclaims against Dr. Kiran Patel; Wizcraft  Wizcraft International Entertainment - Singapore Pte Ltd; Akarsh Kolaparth; and 7 M Tours, LLC | 340,000,000.00 |
| Possible lawsuit(s) against County of Hillsborough and county officials | Unknown |
| Possible lawsuit(s) against City of Tampa | Unknown |
| Possible lawsuit(s) against Karren Wilson, PA | Unknown |
| Possible claim(s) against former employees and colleagues for violation of confidentiality agreement(s) | Unknown |
| Contacts w/ Dr. Kiran Patel; Wizcraft  Wizcraft International Entertainment - Singapore Pte Ltd; Akarsh Kolaparth; and 7 M Tours, LLC | Unknown |
| TOTAL | 340,000,000.00 |

10. **Number of employees and amount of wages owed as of Petition date:**

    The Debtor has no employees other than the principal, Chetan R. Shah. There were no past due wages as of the date of filing the Petition

11. **Status of Debtor's payroll and sales tax obligations, if applicable:**

    There were no pre-petition payroll taxes and/or unemployment compensation obligations due as of the date of filing the Petition. There were no sales tax obligations as of the date of the petition.

12. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

- None

13. **Anticipated strategic objectives:**

- Determine actual amounts owed to Debtor through legal actions, including breach of contract
- Restructure debt
- Implement a controlled repayment plan

**I HEREBY CERTIFY** that on this 7th day of October, 2014, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

Stephenie Biernacki Anthony, *Attorney for Florida Citizens Bank*, santhony@anthonyandpartners.com, lwright@anthonyandpartners.com; efilings@anthonyandpartners.com

David Delrahim, *Attorneys for Kiran Patel*, ddelrahim@eflegal.com, creeder@eflegal.com;jkillett@eflegal.com

J Steven Wilkes, *Attorney for US Trustee*, steven.wilkes@usdoj.gov

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

and by ■ Regular U.S. Mail to:

Go Bollywood Tampa Bay Florida Convention, LLC., 110 West Tarpon Avenue, Tarpon Springs, FL 34689.

Respectfully submitted,

BUDDY D. FORD, P.A.,

Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
J. Ryan Yant, Esquire (FBN: 104849)
Email: Ryan@tampaesq.com
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *All@tampaesq.com*
Attorney for Debtor